UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TEASPOON BURLINGAME, LLC, a California Limited Liability Company,<br>　　　　　Defendants. | Case No.: 4:21-cv-06894-SBA<br><br>**ORDER** |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: 4/14/2022           _____ RS
　　　　　　　　　　　　　Richard Seeborg for Saundra B. Armstrong
　　　　　　　　　　　　　United States District Judge