CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

KARIN M.COGBILL (SBN: 244606)
kcogbill@hopkinscarley.com
SHIRLEY E. JACKSON (SBN: 205872)
sjackson@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

Mailing address
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790
Attorneys for Defendant
Teaspoon Burlingame, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | Case No.: 4:21-cv-06894-SBA |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| TEASPOON BURLINGAME, LLC, a California Limited Liability Company, Defendants. | |

# **STIPULATION**

Pursuant to F.R.CIV.P. 41 (a)(1)(A)(ii) and the parties' settlement agreement, IT IS STIPULATED by and between the parties hereto that this action in its entirety may be and is hereby dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees, experts' fees, and costs.

Dated: September 08, 2022         CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: September 08, 2022         HOPKINS & CARLEY

By: /s/ Shirley E. Jackson _____
Shirley E. Jackson
Attorneys for Defendant
Teaspoon Burlingame, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Shirley E. Jackson, counsel for Teaspoon Burlingame, LLC, respectively, and that I have obtained Attorney Jackson's authorization to affix their electronic signature to this document.

Dated: September 08, 2022         CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff